**P & K CONTRACTING, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5044.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2013.

Carol A. Sigmond, Law Office of Carol A. Sigmond, LLP, of New York, NY, argued for plaintiff-appellant. With her on the brief was Samuel A. Blaustein.

Matthew P. Roche, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director. Of counsel on the brief was Nathan J. Bankson, Litigation Division, United States Army Legal Services Agency, Fort Belvoir, VA.

PROST, REYNA, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED. See Fed. Cir. R. 36.**